

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

October 21, 2024

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       **Re:**    ***United States v. Nazim Tariverdi***
            **No. 24 Cr. 599 (JPO)**

Dear Judge Oetken:

       The Government requests that the Court modify defendant Nazim Tariverdi's bail conditions. After the defendant's presentment and arraignment, the Government learned that the defendant had disclosed to the Federal Bureau of Investigation shortly after his arrest that he possessed a firearms license in Pennsylvania and possessed multiple firearms at his second home in Pennsylvania. The Government requests that, as a condition of the defendant's pretrial release, the defendant be required to either sell his firearms through a licensed dealer or turn over his firearms to the state or local police for safekeeping. In addition, the Government requests that the defendant provide a receipt of the sale or surrender of his firearms and surrender his firearms license to Pretrial Services. All of these additional conditions must be satisfied by October 28, 2024. The defendant has informed the Government that he intends to sell his firearms and consents to this request. Pretrial Services also consents to this request.

Defendant's bail conditions are modified to include the requirement that he sell all of the firearms in his possession through a licensed dealer and present the sales receipts to the government, or surrender any such firearms to the appropriate law enforcement agency for safekeeping, by October 28, 2024.  Defendant is also directed to surrender his firearms license to Pretrial Services by October 28, 2024.
  So ordered.
  10/22/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
    Christopher D. Brumwell
    Cecilia Vogel
    Vladislav Vainberg
    Assistant United States Attorneys
    (212) 637-2477/1084/1029

_____
    J. PAUL OETKEN
  United States District Judge