

October 23, 2024

**J. Bruce Maffeo**
Direct Phone   212-883-4951
Direct Fax     917-521-5866
jbmaffeo@cozen.com

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    United States v. Tariverdi, et al. 1:24-cr-00599 -JPO**

Dear Judge Oetken:

I represent the defendant Kenan Tariverdi in the above-referenced matter, the initial appearance on which is currently scheduled to occur before Your Honor on Monday, October 29th at 11 am. Tariverdi was arraigned last week on the indictment and released subject to various conditions that included travel restrictions to the Eastern and Southern Districts of New York and contact between the co-defendants. Because Tariverdi's son, Nazim, also is a co-defendant, contact between him and his father was allowed subject to their agreement to not discuss the case.

I write, with the government's consent to allow for Kenan Tariverdi to travel to visit his son at the latter's second home in Pennsylvania upon advance notice to Pretrial Services. I also write, again with the government's consent, to allow for the defendants to meet together in the presence of counsel in order to prepare for their defense of the case.

I appreciate Your Honor's consideration of these requests and look forward to appearing before Your Honor next week.

Respectfully submitted,

COZEN O'CONNOR

*J. Bruce Maffeo*

BY:    J. BRUCE MAFFEO

JM

Cc: all counsel via ECF

LEGAL\73688071\1