U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

November 5, 2024

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Tariverdi, et al.*
               No. 24 Cr. 599 (JPO)

Dear Judge Oetken:

      The Government requests that the Court adjourn defendants Nazim Tariverdi's and Dilshod Islamov's deadlines to secure their bonds with property from today, November 5, 2024, until November 12, 2024. The parties are conferring regarding the appropriate way to secure the bond given the properties are located in the Middle District of Pennsylvania. The defendants have made a proposal regarding the proper means to secure the bond, and the Government is confirming what method would be satisfactory given Pennsylvania law and practice and discussions with the U.S. Attorney's Offices in Pennsylvania. The defendants consent to this request.

Granted:
So ordered.
11/7/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Christopher D. Brumwell
Cecilia Vogel
Vladislav Vainberg
Assistant United States Attorneys
(212) 637-2477/1084/1029

J. PAUL OETKEN
United States District Judge

cc:    Glen McGorty, Esq. (via ECF)
       Gedalia Stern, Esq. (via ECF)